UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------- X

CHURCH & DWIGHT CO., INC. and
CHURCH & DWIGHT VIRGINIA CO., INC.,

                    Plaintiffs,

-against-

KALOTI ENTERPRISES OF MICHIGAN,
L.L.C., *et al.*,

                    Defendants.

--------------------------------------------------- X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 1 8 2007 ★
BROOKLYN OFFICE

**ORDER PARTIALLY UNSEALING CASE**

07 Civ. 612 (BMC)

**COGAN, District Judge.**

The Court is in receipt of plaintiffs' letter requesting that this case be partially unsealed. Plaintiffs' request is GRANTED. It is therefore ORDERED that the docket in this case be unsealed and that documents numbered 1 through 39 on the docket also be unsealed. It is further ORDERED that documents filed after document 39 (i.e., documents No. 40 to 55) **remain sealed**.

Any defendant may object to the unsealing of any document affected by this order within 10 days of being served with a copy of this Order on the grounds that such document(s) contains confidential information.

**Plaintiffs' counsel is ORDERED to promptly serve defendants with a copy of this Order.**

**SO ORDERED.**

Dated: Brooklyn, New York
       July 9, 2007

s/Brian M. Cogan
_____
U.S.D.J.